IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV261

| | |
|---|---|
| GEORGE WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| NATIONAL CITY MORTGAGE, A ) | |
| DIVISION OF NATIONAL CITY BANK, ) | |
| and SUBSTITUTE TRUSTEE SERVICE, ) | |
| INC., Substitute Trustee, ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court upon its own motion. On September 20, 2010, this court entered an Order granting a Motion to Dismiss by Defendant PNC Bank pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, holding that no private right of action exists under the Home Affordable Modification Program ("HAMP"). For the same reason as stated in that Order, the court hereby dismisses Defendant Substitute Trustee Service, and directs the Clerk to close this case.

    IT IS SO ORDERED.

Signed: September 23, 2010

Graham C. Mullen
United States District Judge