# United States District Court
# For The Western District of North Carolina
# Charlotte Division

George Watts,

        Plaintiff,

vs.

National City Mortgage, etc., et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-261-GCM

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2010 Order.

        Signed: September 23, 2010

_____
Frank G. Johns, Clerk
United States District Court